UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

K.R.,

    Plaintiff,

ANTHEM BLUE CROSS AND BLUE SHIELD MEDICAID,     Case No. 21-cv-00118
WISCONSIN DEPARTMENT OF HEALTH SERVICES,

    Involuntary Plaintiffs,

v.

MATTHEW R. BAUMHARDT,
CITY OF BURLINGTON,

    Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Axley Brynelson, LLP, by Paul M. Matenaer, is retained by and appears for Defendant City of Burlington in the above matter and demands that a copy of all documents, correspondence and pleadings subsequent to the Complaint be forwarded to us at our office located at 2 East Mifflin Street, Suite 200, Post Office Box 1767, Madison, Wisconsin 53701-1767 or via electronic filing.

Dated this 11th day of August, 2022.

    *s/ Paul M. Matenaer*
    Paul M. Matenaer, SBN 1116083
    Lori M. Lubinsky, SBN 1027575
    Attorneys for Defendant, City of Burlington
    AXLEY BRYNELSON, LLP
    P.O. Box 1767
    Madison, WI 53701-1767
    Telephone: (608) 257-5661
    Email: llubinsky@axley.com; pmatenaer@axley.com

F:\EAFDATA\759\86408\03781177.DOCX