UNITED STATES DISTRCIT COURT
EASTERN DISTRICT OF WISCONSIN

---

K.R.,

       Plaintiff,

  and

ANTHEM BLUE CROSS AND BLUE SHIELD
MEDICAID, WISCONSIN DEPARTMENT OF
HEALTH SERVICES,                               Case No. 2:21-CV-00118

       Involuntary Plaintiffs,

EMPLOYERS MUTUAL CASUALTY COMPANY

       Intervenor,

  v.

MATTHEW R. BAUMHARDT, AND
CITY OF BURLINGTON,

       Defendants.

---

## STIPULATION FOR DISMISSAL

---

      IT IS HEREBY STIPULATED AND AGREED, that the above entitled action, including all claims and causes of action by and between the parties, pled or unpled, shall be dismissed in its entirety, with prejudice, but without costs or attorney's fees to any party. The parties further stipulate and agree that the Court may enter the accompanying Order for Dismissal without further notice.

Dated this 5th day of January, 2023.

/s/ Edward E. Robinson
Edward E. Robinson, SBN: 1025122
Attorneys for Plaintiff K.R.
CANNON & DUNPHY, S.C.
595 N. Barker Road
P.O. Box 1750
Brookfield, WI 53008-1750
Telephone: 262-796-3705
erobinson@c-dlaw.com

Dated this 5th day of January, 2023.

/s/ Lori M. Lubinsky
Lori M. Lubinsky, SBN 1027575
Attorneys for Defendant, City of Burlington
AXLEY BRYNELSON, LLP
P.O. Box 1767
Madison, WI 53701-1767
Telephone: 608-257-5661
llubinsky@axley.com

Dated this 5th day of January, 2023.

/s/ L. Kathleen Chaney
L. Kathleen Chaney, Colo. SBN 29358
Attorneys for Intervenor, Employers Mutual Casualty Company
LAMBDIN & CHANEY, LLP
Denver, CO 80237
Telephone: 303-799-8889

Dated this 5th day of January, 2023.

/s/ Erik I. Colque
Erik I. Colque, SBN: 1051429
Attorneys for Defendant Matthew R. Baumhardt
COLQUE LAW, LLC
237 South Street, Suite 113
Waukesha, WI 53186
Telephone: 262-297-9410
erik@colquelaw.com

Dated this 5th day of January, 2023.

 /s/ Thomas A. Cabush
Thomas A. Cabush, SBN: 1019433
Attorneys for Defendant Matthew R. Baumhardt
KASDORF, LEWIS & SWIETLIK, S.C.
11270 W. Park Place
Milwaukee, WI 53224
237 South Street, Suite 113
Telephone: (414) 577-4027
tcabush@kasdorf.com